UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA YERIKE, | No. 2:20-cv-2555 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| VALERIE MAJANO, et al., | |
| Defendants. | |

Plaintiff Debra Yerike is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On January 6, 2021, defendants filed a motion to dismiss. (ECF No. 3.) On February 5, 2021, plaintiff filed exhibits. (ECF No. 7.) Plaintiff, however, failed to file a timely opposition or statement of non-opposition. Accordingly, on February 8, 2021, the undersigned issued plaintiff an order to show cause. (ECF No. 8.)

Since that time plaintiff has repeatedly contacted the undersigned courtroom deputy to discuss the filing of documents and has emailed documents to the courtroom deputy for filing. Plaintiff has been repeatedly advised to cease such contact and that documents must be filed through the Clerks Office. Plaintiff, however, has continued emailing the courtroom deputy. Plaintiff is advised to cease such emails. Moreover, plaintiff must file documents in paper

////

1

through the Clerks Office.  <u>See</u> Local Rule 130.  The failure to comply with this order may result in sanctions.

   IT IS SO ORDERED

Dated:  February 9, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/yerike2555.filing.ord